SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (BAR #263326)
LAW OFFICE OF SCOTT J. SAGARIA
333 WEST SAN CARLOS STREET, SUITE 1700
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorney for Debtors,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

In Re:

LORI SMITH

                    Debtor.

Case No. 11-51213 SLJ

Chapter 13

NOTICE AND OPPORTUNITY FOR MOTION RE DEBTOR'S REQUEST FOR ORDER APPROVING LOAN MODIFICATION

NO HEARING REQUESTED

NOTICE IS HEREBY GIVEN that Debtors have filed a Motion for an order

approving a loan modification with Aurora Loan Services Inc.  Bankruptcy Local Rule

9014-1 of the United States Bankruptcy for the Northern District of California prescribes

the procedures to be followed and that 1) any objection to requested relief, or a request

for hearing on the matter, must be filed and served upon the initiating party within 21

days of mailing of the notice; 2) That a request for hearing or objection must be

accompanied by any declarations or memoranda of law the party objecting or

requesting wishes to present in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) That the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made; or the tentative hearing date

Dated: March 17, 2011

/s/Elliot Gale
Elliot Gale, Esq.
Associate Attorney
Sagaria Law, P.C.