```
SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**LORI SMITH,**<br><br>　　　　　　Debtors. | Case No.: 11-51213-SLJ<br><br>Chapter 13<br><br>**PROOF OF SERVICE BY UNITED STATES MAIL** |

　　　I, Garrett Lenox, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 and am not a party to the within entitled action. My business address is 333 West San Carlos Street, Suite 1700, San Jose, California 95110.

　　　On March 23, 2011, I served the following documents:

1) NOTICE AND OPPORTUNITY FOR MOTION RE DEBTOR'S REQUEST RE DEBTOR'S REQUEST FOR ORDER APPROVING LOAN MODIFICATION
2) DEBTOR'S MOTION TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING LIEN IN FIRST POSITION
3) DECLARATION OF LORI SMITH IN SUPPORT OF DEBTOR'S MOTION TO APPROVE MODICITION OF FIRST MORTGAGE
　　a. EXHIBIT A
4) PROOF OF SERVICE

PROOF OF SERVICE BY UNITED STATES MAIL - 1

on all interested parties named below, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service at San Jose, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2011 at San Jose, California.

*Garrett Lenox*
Garrett Lenox

Label Matrix for local noticing
0971-5
Case 11-51213
Northern District of California
San Jose
Wed Mar 23 08:31:16 PDT 2011

Atty Gen, US Dept of Justice
Civil Trial Sec., Western Reg.
PO Box 683, Ben Franklin Stat.
Washington, DC 20044-0683

Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363-1706

Aurora Loan Services LLC
c\o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Aurora Loan Services LLC, it assignees and/o
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

Chase
Po Box 15298
Wilmington, DE 19850-5298

Joseph S. Chun
McCarthy and Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Commonwealth Central C
1651 N First Street
San Jose, CA 95112-4507

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

Franchise Tax Board
ATTN: Special Procedures
P.O. Box 2952 MS-A430
Sacramento, CA 95812-2952

Hsbc Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197-5263

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Scott J. Sagaria
Law Offices of Scott J. Sagaria
333 W San Carlos St. #1700
San Jose, CA 95110-2740

Secretary of The Treasury
15th and Pennsylvania Ave. NW
Washington, DC 20220-0001

Lori Smith
345 N. 7th St.
San Jose, CA 95112-3339

Specialized Loan Servi
8742 Lucent Blvd
Highlands Ranch, CO 80129-2302

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279-0001

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

US Atty, Chief Tax Division
450 Golden Gate Ave
10th Floor, Box 36055
San Francisco, CA 94102-3661

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403-5609

Wells Fargo Bank
Po Box 5445
Portland, OR 97228-5445

Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306-9210

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Stephen L. Johnson  
San Jose

End of Label Matrix  
Mailable recipients 25  
Bypassed recipients 1  
Total 26